COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, AtLee and Senior Judge Clements

FAIRFAX COUNTY SCHOOL BOARD

MEMORANDUM OPINION[*]

v.      Record No. 0001-16-4                           PER CURIAM
                                                        JUNE 7, 2016

MICHAEL S. HALL


FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

> (Michael N. Salveson; G. Bethany Ingle; Littler Mendelson, P.C., on
> briefs), for appellant.
>
> (Andrew S. Kasmer, on brief), for appellee.


Fairfax County School Board (employer) appeals a decision of the Workers'

Compensation Commission finding that Michael Hall proved a compensable injury by accident

and that there was a causal connection between the disability and injury.

On appeal, employer presents four assignments of error:

> 1. The [Commission] erred in finding that Michael Hall . . .
> proved a compensable injury by accident.
>
> 2. The Commission erred by failing to make findings of fact with
> respect to the location of the claimant's alleged accident.
>
> 3. The Commission erred by failing to make findings of fact with
> respect to the credibility of the testifying witnesses – the claimant
> and John Swain.
>
> 4. The Commission erred by finding no error in the Deputy
> Commissioner's determinations that the claimant suffered a new
> left wrist injury and was totally disabled as a result of that alleged
> injury.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

We have reviewed the record and the Commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the Commission in its final opinion. See Hall v. Fairfax Cty. Pub. Schs., VWC File No. VA00000992089 (Dec. 3, 2015). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.